



Trying individuals for genocide, war crimes, crimes against humanity, and aggression

EN · FR

# INTERNATIONAL CRIMINAL COURT,

# THE HAGUE, NETHERLANDS

Trying individuals for genocide, war crimes, crimes against humanity, and aggression

24cv
14368

James Malvezzi

Petitioner

Vs

State of Florida,

UNITED STATES OF AMERICA, ET AL.

FILED BY_____D.C.

DEC 19 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

International Criminal Court, The Hague Netherlands #:_____

International Criminal Court Submission ID# 844d3507-fa92-4aaa-a342-930d0914e142

# de20ee4d-290e-4dac-8f77-47881472a57e

( Martin County FL: 43-2023-CF-001247-A ) (martinclerk.com)

( 4th District Court of Appeal West Palm Beach. Case N.4D2024-0120 )
(https://supremecourt.flcourts.gov/)

( Florida Supreme Court Case N.   SC-2024-0810
SC-2024-0953
SC-2024-1023
SC-2024-1198
SC-2-24-1688)
(https://supremecourt.flcourts.gov/)

( United States Federal Court for the Southern District of Florida (Fort Pierce)

N. 2:23-cv-14388-KMM
N. 2:24-cv-14220-AMC
N. 2:24-cv-14296-AMC
N. 2:24-cv-14368-DMM )
(https://pacer.uscourts.gov)

(United States Federal Court of Appeal 11th Circuit Atlanta Georgia

1

N. 23-14176
N. 24 – 10619
N. 24 - 12600
N. 24 – 13051
N. 24 – 13335
N. 24-13847) (https://pacer.uscourts.gov)

1. Sgt. Alp Cokgoren
Martin County Sherriff's Office
800 SE Monterey Rd.
Stuart, FL 34994

2. Carolyn Timmann
Clerk of the 19th District Circuit Court & Controller
Martin County Clerk
100 SE Ocean Blvd.
Stuart, FL 34994

3. D/S Cory Gitlin (2036)
Martin County Sherriff's Office
800 SE Monterey Rd.
Stuart, FL 34994

4. Court Reporting Service
218 South Second Street
Fort Pierce, FL 34950

5. D/S Justin Lee (2200)
Martin County Sherriff's Office
800 SE Monterey Rd.
Stuart, FL 34994

6. Judge Kathleen H. Roberts
Martin County Courthouse,
100 East Ocean Blvd.
Stuart, FL 34994

7. Kristen A. Chase A.S.A
Office of the State Attorney
100 SE Ocean Blvd, Ste 400
Stuart, FL 34994-22081

8. Linda R. Phillips
Electronic Transcriber of the Nineteenth Judicial Circuit
218 South Second Street
Fort Pierce, FL 34950

9. Lonn Weissblum
Clerk Fourth District Court of Appeal of West Palm Beach
110 South Tamarind Ave.
West Palm Beach, FL 33401

10. Matthew Vasko
Assistant Public Defender Martin County
100 SE Ocean Blvd, Ste 300
Stuart, FL 34994

11. Martin County Courthouse
100 SE Ocean Boulevard
Stuart, FL 34994

12. Michael Bowdish
Assistant Public Defender
100 E. Ocean Boulevard
Suite 300
Stuart, Florida

13. Judge K. Michael Moore
U.S. Courthouse
Wilkie D. Ferguson, Jr.
400 North Miami Avenue
Room 13-1
Miami, Florida 33128

14. Paul Patti III
Attorney General
Criminal Appeal Division
1515 North Flagler Drive
Suite 900
West Palm Beach 33401

15. D/S Steven Franklin (1224)
Martin County Sherriff's Office
800 SE Monterey Rd,
Stuart, FL 34994

16. D/S Timothy Guthrie
Martin County Sherriff's Office
800 SE Monterey Rd,
Stuart, FL 34994

17. Judge William L. Roby
    100 East Ocean Blvd. Suite A353
    Stuart, FL 34994

18. D/S Yoonjae Yun (1789)
    Martin County Sherriff's Office
    800 SE Monterey Rd,
    Stuart, FL 34994

19. "Dana" "Daina" "Dayna" or similar
    Refused to Identify herself as
    Clerk Office Of 4th District Court of Appeal
    West palm Beach, Florida
    110 South Tamarind Ave.
    West Palm Beach, Fl 33401

20. Kayla Campbell
    Appellate Clerk
    Clerk of the 19th District Circuit Court
    Martin County Clerk
    100 SE Ocean Blvd.
    Stuart, Fl 34994

21. Ashley Moody
    Attorney General
    Of the State of Florida
    PL-01, The Capitol
    Tallahassee, FL 32399-1050

22. Ron DeSantis
    46th Governor of State of Florida
    400 S Monroe St,
    Tallahassee, Fl 32399

23. Judge Robert M. Gross
    Fourth District Court of Appeal of West Palm Beach
    110 South Tamarind Ave.
    West Palm Beach, FL 33401

24. Judge Burton C. Conner
    Fourth District Court of Appeal of West Palm Beach
    110 South Tamarind Ave.
    West Palm Beach, FL 33401

25. Judge Dorian K. Damoorgian
    Fourth District Court of Appeal of West Palm Beach
    110 South Tamarind Ave.
    West Palm Beach, FL 33401

26. Robert Bruton
    Assistant Public Defender
    100 E. Ocean Boulevard
    Suite 300
    Stuart, Florida, 34994

27. Dr. Holly Goller
    Founder and Executive Director
    of the Center for Comprehensive
    Psychological Services, LLC.
    931 Village Blvd,
    West Palm Beach, FL 33409

28. Markenzy Lapointe
    U.S. Attorney for the Southern District of Florida
    99 N.E. 4th Street
    Miami, FL 33132

29. Judge Jamie R. Grosshans
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl. 32399-1925

30. Judge Renatha Francis
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl. 32399-1925

31. Judge Jorge Labarga
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl. 32399-1925

32. Judge Charles Canady
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl. 32399-1925

33. Judge John D. Couriel
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl. 32399-1925

34. Judge Aileen M. Cannon
    Federal Court Judge
    Alto Lee Adams, Sr. United States Courthouse
    101 South U.S. Highway 1
    Chambers 4044
    Fort Pierce, Florida 34950

35. John A. Tomasino
    Clerk of the Court
    Florida Supreme Court
    500 South Duval Street
    Tallahassee, FL 32399

36. Todd A Kawecki
    Florida Private Attorney
    418 S Colorado Ave.
    Stuart, FL 34994

37. Judge Adalberto Jordan
    Federal Court of Appeal 11th Circuit Judge
    US Courts of Appeals
    Eleventh Circuit
    56 Forsyth Street, N.W.
    Atlanta, Georgia 30303

38. Judge Jill A. Pryor
    Federal Court of Appeal 11th Circuit Judge
    US Courts of Appeals
    Eleventh Circuit
    56 Forsyth Street, N.W.
    Atlanta, Georgia 30303

39. Judge Andrew L. Brasher
    Federal Court of Appeal 11th Circuit Judge
    US Courts of Appeals
    Eleventh Circuit
    56 Forsyth Street, N.W.
    Atlanta, Georgia 30303

40. Robby Henrichs
    Braswell Bail Bonds
    626 SE Monterey Rd
    Stuart, Fl 34994

41. Sheriff William D. Snyder
    800 SE Monterey Road
    Stuart, FL 34994

42. Beatris Barsuglia
    Criminal Deputy Clerk
    100 SE Ocean Blvd.
    Stuart, FL 34994

43. Blan Teagle
    Executive Director
    Judicial Qualifications Commission
    PO Box 14106
    Tallahassee, FL 32317

44. Judge Donald M. Middlebrooks
    Federal Court Judge
    Paul G. Rogers Federal Building and U.S. Courthouse
    701 Clematis Street
    Room 257
    West Palm Beach, Florida 33401

45. Angela Emilia Noble
    Federal Court Clerk
    United States District Court, FLSD
    Executive Office
    400 N Miami Ave
    Miami, FL 33128-1801

---

STATE OF FLORIDA ET AL,

MARTIN COUNTY COURT AND OFFICIALS HAVE

MURDERED JAMES MALVEZZI ?

According to the Martin County Court (Carolyn Timmann), Document Signed by Beatris Barsuglia, Said Martin County Sheriff "William Snyder" has Said that:

James Malvezzi "was Arrested and Returned to Martin County " 10-14-2024

§903.26(8), Fla. Stat. The Clerk has received written affirmation by the sheriff that the defendant was arrested and returned to Martin County and that the surety agent has paid any attendant costs and expenses.

WITNESS my hand and the seal of said Court on October 14, 2024



CAROLYN TIMMANN
CLERK OF THE CIRCUIT COURT AND
COMPTROLLER

BY: *B. Barsuglia*
Deputy Clerk

Docket as of 12-12-24 shows NO RECORD OF JAMES MALVEZZI BEING RELEASE FROM ARREST CLAIMED BY SHERIFF SNYDER AND COURT ON DOCKET 281, AND DOCKET 282 dated 10-14-2024 !

| DIN | IMAGE | DATE | ENTRY |
|---|---|---|---|
| 302 | | 11/26/2024 | SUPREME COURT OF FLORIDA ACKNOWLEDGEMENT OF NEW CASE CRIMINAL/ NOTICE OF APPEAL - IMPROPER JURISDICTION - DIRECT FROM TRIAL COURT/ SC 2024-1688 |
| 301 | | 11/26/2024 | SUPREME COURT OF FLORIDA ORDER CRIMINAL - SIGNED 11.26.2024 |
| 300 | | 11/26/2024 | E-FILING CONFIRMATION - NOVEMBER 12, 2024 NOTICE OF APPEAL ACCEPTED BY SUPREME COURT: |
| 299 | | 11/26/2024 | E-FILING CONFIRMATION OF NOTICE OF APPEAL TO SUPREME COURT: |
| 298 | | 11/15/2024 | E-FILING CONFIRMATION OF REJECTED NOTICE OF APPEAL FILED ON 11/13/2024 - FILER IS PROHIBITED FROM FILING |
| 296 | | 11/14/2024 | PAYMENT $0.00 RECEIPT #240038691 |
| 295 | 22 | 11/13/2024 | NOTICE OF APPEAL - RECORDED (RECORD DATE: 11/13/2024 11:44 AM / INSTRUMENT #: 3099937 BOOK#:3468 PAGE#: 100) |
| 294 | | 11/12/2024 | E-FILING CONFIRMATION OF THE NOTICE OF APPEAL TO THE DISTRICT COURT |
| 293 | 22 | 11/12/2024 | NOTICE OF APPEAL |
| 291 | | 11/7/2024 | PAYMENT $0.00 RECEIPT #240037902 |
| 290 | 1 | 11/6/2024 | PAYMENT $5,000.00 RECEIPT #240037716 |
| 289 | | 11/6/2024 | SURETY BOND FORFEITURE ASSESSED $2500.00 |
| 288 | 1 | 11/6/2024 | RECEIPT # 240034722 MODIFIED: PAYMENT $0.00 |
| 287 | | 9/30/2024 | DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF |
| 285 | | 10/16/2024 | PAYMENT $0.00 RECEIPT #240035123 |
| 284 | 1 | 10/14/2024 | BOND DISCHARGE FORM |
| 283 | 1 | 10/14/2024 | BOND DISCHARGE FORM |
| 282 | | 10/14/2024 | DISCHARGE OF BOND FORFEITURE |
| 281 | | 10/14/2024 | DISCHARGE OF BOND FORFEITURE |
| 280 | 2 | 10/14/2024 | PAYMENT $5,000.00 RECEIPT #240034722 |
| 279 | | 11/6/2024 | SURETY BOND FORFEITURE ASSESSED $2500.00 |
| 278 | 1 | 9/20/2024 | E-FILING CONFIRMATION OF REJECTION OF NOTICE OF APPEAL FILED 9/18/2024 |

Martin County Sheriff "William Snyder" has Said IN DOCKET 281 & 282 that:

James Malvezzi "was Arrested and Returned to Martin County "

Where do they bring someone who is ARRESTED ? ...to Martin County Jail !

They do not bring to the County and Release !

If THE SHERIFF AND COURT, say Defendant was arrested and brought to Martin County Jail,

Then show the ARREST RECORD WITH PHOTO OF ARREST !

If Defendant is already in custody and NO RECORDS SHOW HE WAS RELEASED, then where is James Malvezzi !

The COURT and SHERRIFF SAY JAMES MALVEZZI IS IN MARTIN COUNTY JAIL !

Prove that James Malvezzi is in there !

If he is not in there it then it is only logical that Sheriff and Court are have MURDERED, JAMES MALVEZZI !

WHERE IS THE BODY ! ? ! ?

THE ONLY PROBABLE CUASE ACCORDING TO MARTIN COUNTY RECORDS AND SHERRIFF own words, is THAT JAMES MALVEZZI IS IN JAIL.

AND HE IS NOT IN THERE, THEN WHERE IS THE BODY !

THEY HAVE MURDERED JAMES MALVEZZI IN JAIL, AND HAVE GOTTEN RID OF THE BODY ? !

THEY ALREADY ARE GUILTY OF 1ST DEGREE PREPLANNED PREMEDITATIVE HOMICIDE TO PUT JAMES IN MENTAL INSTITUTION WITH VIOLENCE FORCED DEATH BY DRUGS!

AND NOW AFTER SHOWING THEIR INTENTIONS, THE ONLY LOGICAL EXPLANATION ACCORDING TO COURT AND SHERRIFF, IS THAT THEY HAVE 1ST DEGREE MURDERED JAMES MALVEZZI, AND GOTTEN RID OF THE BODY !

There is no BOND, the Sheriff PERSONALY CONFIRMED HE IS IN JAIL, AND THERE IS NO BODY ! WHAT HAVE THEY DONE TO JAMES!

THERE IS MORE THAN ENOUGH PROBABLE CAUSE TO BELIEVE THEY HAVE MURDERED JAMES MALVEZZI !

HAVE they killed James, AND THEY HAVE TO BE EXECUTED FOR 1ST DEGREE PREMEDITATIVE HOMICIDE, AND 1ST DEGREE MURDER !

Respectfully Submitted

*James Malvezzi* (signature)

James Malvezzi
4540 SW Scrub Pine Ter
Palm City Fl 34990
Ph. 302-521-4378
Email: acampeggi@gmail.com

December 13, 2024

**Cour Pénale Internationale**
**International Criminal Court**

Trying individuals for genocide, war crimes, crimes against humanity, and aggression

EN  FR

# INTERNATIONAL CRIMINAL COURT,

# THE HAGUE, NETHERLANDS

Trying individuals for genocide, war crimes, crimes against humanity, and aggression

James Malvezzi

Petitioner

Vs

State of Florida,

UNITED STATES OF AMERICA, ET AL.

Exhibit 1

Docket 281 & Docket 282

Martin County Court said Sherriff William Snyder:

That Defendant was arrested and is in Martin county Jail !

Dated 10-14-2024

STATE OF FLORIDA
IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

STATE OF FLORIDA
-vs-
JAMES MALVEZZI
    Defendant.

UCN:
432023CF001247CFAXMX

Case Number:
23001247CFAXMX

## Discharge of Bond Forfeiture

**BOND POWER NUMBER:** 2023AA058407
**BOND AMOUNT:** $2,500.00

| CHARGE | LVL DGR | STATUTE | SEQ# | PROS# |
|---|---|---|---|---|
| 784.07.2b FT | F/T | BATTERY ON LAW ENFORCEMENT OFFICER OR FIREFIGHTER | 1 | 1 |

**Person rendering decision:** WILLIAM L ROBY     **Date of discharge:** 10/14/2024

Disposition Reason: FORFEITURE PAID

The bond posted on the defendant is in forfeiture. If a defendant is arrested and returned to the county of jurisdiction of the court before judgment is entered, the Clerk has the authority to discharge a forfeiture. §903.26(8), Fla. Stat. The Clerk has received written affirmation by the sheriff that the defendant was arrested and returned to Martin County and that the surety agent has paid any attendant costs and expenses.

Finding that conditions for a discharge have been met, the Clerk of Court discharges the forfeiture dated August 13, 2024 of bond power # 2023AA058407 the amount of $2,500.00.

Dated and copies sent by US Mail on 10/14/2024 to:

Bail Bond Agent:
BRASWELL BAIL BONDS
626 SE MONTEREY RD
STUART, FL 34994

Surety Company:
LEXINGTON NATIONAL INS CORP
PO BOX 6098
LUTHERVILLE, MD 21094

WITNESS my hand and the seal of said Court on October 14, 2024



CAROLYN TIMMANN
CLERK OF THE CIRCUIT COURT AND COMPTROLLER

BY: *B. Barsuglia*
    Deputy Clerk

STATE OF FLORIDA
IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY FLORIDA

STATE OF FLORIDA
-vs-
JAMES MALVEZZI
    Defendant.

UCN:
432023CF001247CFAXMX

Case Number:
23001247CFAXMX

## Discharge of Bond Forfeiture

**BOND POWER NUMBER:** 2023AA058406
**BOND AMOUNT:** $2,500.00

| CHARGE | LVL DGR | STATUTE | SEQ# | PROS# |
|---|---|---|---|---|
| 843.01 FT | F/T | RESISTING OFFICER WITH VIOLENCE | 2 | 2 |

**Person rendering decision:** WILLIAM L ROBY     **Date of discharge:** 10/14/2024

Disposition Reason: FORFEITURE PAID

The bond posted on the defendant is in forfeiture. If a defendant is arrested and returned to the county of jurisdiction of the court before judgment is entered, the Clerk has the authority to discharge a forfeiture. §903.26(8), Fla. Stat. The Clerk has received written affirmation by the sheriff that the defendant was arrested and returned to Martin County and that the surety agent has paid any attendant costs and expenses.

Finding that conditions for a discharge have been met, the Clerk of Court discharges the forfeiture dated 08/13/2024 of bond power # 2023AA058406 the amount of $2,500.00.

Dated and copies sent by US Mail on 10/14/2024 to:

Bail Bond Agent:
BRASWELL BAIL BONDS
626 SE MONTEREY RD
STUART, FL 34994

Surety Company:
LEXINGTON NATIONAL INS CORP
PO BOX 6098
LUTHERVILLE, MD 21094

WITNESS my hand and the seal of said Court on October 14, 2024



CAROLYN TIMMANN
CLERK OF THE CIRCUIT COURT AND COMPTROLLER

BY: *B. Barsuglia*
    Deputy Clerk



# INTERNATIONAL CRIMINAL COURT,

## THE HAGUE, NETHERLANDS

Trying individuals for genocide, war crimes, crimes against humanity, and aggression

---

James Malvezzi

Petitioner

Vs

State of Florida,

UNITED STATES OF AMERICA, ET AL.

---

## CERTIFICATE OF SERVICE

I, James Malvezzi do hereby certify that in this 13th day of December 2024, I served a true and correct copy of " STATE OF FLORIDA ET AL,

MARTIN COUNTY COURT AND OFFICIALS HAVE

MURDERED JAMES MALVEZZI ? "

via USPS Mail and E-Mail to:

1. Sgt. Alp Cokgoren
   Martin County Sherriff's Office        Mail
   800 SE Monterey Rd,
   Stuart, FL 34994

2. Carolyn Timmann
   Clerk of the 19th District Circuit Court & Controller        Mail and Email:
   Martin County Clerk                                           clerk@martinclerk.com
   100 SE Ocean Blvd.
   Stuart, FL 34994

11

3. D/S Cory Gitlin (2036)
   Martin County Sherriff's Office           Mail
   800 SE Monterey Rd,
   Stuart, FL 34994

4. Court Reporting Service                   Mail and Email:
   218 South Second Street                       RecordingSLC@circuit19.org
   Fort Pierce, FL 34950

5. D/S Justin Lee (2200)
   Martin County Sherriff's Office           Mail
   800 SE Monterey Rd,
   Stuart, FL 34994

6. Judge Kathleen H. Roberts
   Martin County Courthouse,                 Mail and Email:
   100 East Ocean Blvd.                      CaldwellL@circuit19.org
   Stuart, FL 34994                          robertsk@circuit19.org

7. Kristen A. Chase A.S.A
   Office of the State Attorney              Mail and Email:
   100 SE Ocean Blvd, Ste 400                kchase@sao19.org
   Stuart, FL 34994-22081

8. Linda R. Phillips
   Electronic Transcriber of the Nineteenth Judicial Circuit    :
   218 South Second Street                                      Mail and Email
   Fort Pierce, FL 34950                                        RecordingSLC@circuit19.org

9. Lonn Weissblum
   Clerk Fourth District Court of Appeal of West Palm Beach     Mail and Email
   110 South Tamarind Ave.                                      4dcaSupport@flcourts.org
   West Palm Beach, FL 33401                                    weissbluml@flcourts.org

10. Matthew Vasko
    Assistant Public Defender Martin County                     Mail and Email
    100 SE Ocean Blvd, Ste 300                                  Human.Resources@pd19.org
    Stuart, FL 34994                                            mvasko@robertjwatsonlaw.com

11. Martin County Courthouse
    100 SE Ocean Boulevard
    Stuart, FL 34994

    Mail And Email
    clerk@martinclerk.com

12. Michael Bowdish
    Assistant Public Defender
    100 E. Ocean Boulevard
    Suite 300
    Stuart, Florida

    Mail and Email
    Human.Resources@pd19.org
    michael.bowdish@pd19.org

13. Judge K. Michael Moore
    U.S. Courthouse
    Wilkie D. Ferguson, Jr.
    400 North Miami Avenue
    Room 13-1
    Miami, Florida 33128

    Mail and Email
    moore@flsd.uscourts.gov

14. Paul Patti III
    Attorney General
    Criminal Appeal Division
    1515 North Flager Drive
    Suite 900
    West Palm Beach 33401

    Mail and Email
    crimappwpb@myfloridalegal.com
    paul.patti@myfloridalegal.com

15. D/S Steven Franklin (1224)
    Martin County Sherriff's Office
    800 SE Monterey Rd,
    Stuart, FL 34994

    Mail

16. D/S Timothy Guthrie
    Martin County Sherriff's Office
    800 SE Monterey Rd,
    Stuart, FL 34994

    Mail

17. Judge William L. Roby
    100 East Ocean Blvd. Suite A353
    Stuart, FL 34994

    Mail and Email
    HamiltonE@circuit19.org

18. D/S Yoonjae Yun (1789)
    Martin County Sherriff's Office
    800 SE Monterey Rd,
    Stuart, FL 34994

    Mail

19. "Dana" "Daina" "Dayna" or similar
    Refused to Identify Herself as
    Clerk Office of 4th District Court of Appeal            Mail and Email
    West Palm Beach Florida                                    4dcaSupport@flcourts.org
    110 South Tamarind Ave.
    West Palm Beach, Fl 33401

20. Kayla Campbell
    Appellate Clerk
    Clerk of the 19th District Circuit Court                 Mail and Email
    Martin County Clerk                                        clerk@martinclerk.com
    100 SE Ocean Blvd.
    Stuart, Fl 34994

21, Ashley Moody
    Attorney General                                           Mail and Email
    Of the State of Florida                                    citizenservices@myfloridalegal.com
    PL-01, The Capitol
    Tallahassee, FL 32399-1050

22. Ron DeSantis
    46th Governor of State of Florida                        Mail and Email
    400 S Monroe St.                                           governorron.desantis@eog.myflorida.com
    Tallahassee, Fl 32399

23. Judge Robert M. Gross
    Fourth District Court of Appeal of West Palm Beach         Mail and Email
    110 South Tamarind Ave.                                    grossr@flcourts.org
    West Palm Beach, FL 33401

24. Judge Burton C. Conner
    Fourth District Court of Appeal of West Palm Beach         Mail and Email
    110 South Tamarind Ave.                                    connerb@flcourts.org
    West Palm Beach, FL 33401

25. Judge Dorian K. Damoorgian
    Fourth District Court of Appeal of West Palm Beach         Mail and Email
    110 South Tamarind Ave.                                    damoorgiand@flcourts.org
    West Palm Beach, FL 33401

26. Robert Bruton
    Assistant Public Defender
    100 E. Ocean Boulevard                                     Mail and Email
    Suite 300                                                  Human.Resources@pd19.org
    Stuart, Florida, 34994                                     robert.bruton@pd19.org

14

27. Dr. Holly Goller
    Founder and Executive Director
    of the Center for Comprehensive
    Psychological Services, LLC.
    931 Village Blvd,
    West Palm Beach, FL 33409

    Mail and Email:
    hgoller@ccpspsych.com

28. Markenzy Lapointe
    U.S. Attorney for the Southern District of Florida
    99 N.E. 4th Street
    Miami, Fl. 33132

    Mail and Email:
    USAFLS.CitizenComplaints@usdoj.gov
    markenzy.lapointe@usdoj.gov

29. Judge Jamie R. Grosshans
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl, 32399-1925

    Mail and Email
    spilkerk@flcourts.org

30. Judge Renatha Francis
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl, 32399-1925

    Mail and Email
    francisr@flcourts.org

31. Judge Jorge Labarga
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl, 32399-1925

    Mail and Email
    vickersb@flcourts.org

32. Judge Charles Canady
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl, 32399-1925

    Mail and Email
    williamb@flcourts.org

33. Judge John D. Couriel
    Florida Supreme Court Judge
    500 South Duval St.
    Tallahassee, Fl, 32399-1925

    Mail and Email
    hudsons@flcourts.org

34. Judge Aileen M. Cannon
    Federal Court Judge
    Alto Lee Adams, Sr. United States Courthouse   Mail and Email
    101 South U.S. Highway 1                        cannon@flsd.uscourts.gov
    Chambers 4044
    Fort Pierce, Florida 34950

35. John A. Tomasino
    Clerk of the Court                              Mail and Email
    Florida Supreme Court                           fsc@flcourts.org
    500 South Duval Street                          tomasino@flcourts.org
    Tallahassee, FL 32399

36. Todd A Kawecki
    Florida Private Attorney                        todd@kaweckilaw.com
    418 S Colorado Ave,
    Stuart, FL 34994

37. Judge Adalberto Jordan
    Federal Court of Appeal 11th Circuit Judge
    US Courts of Appeals                            ajordan@ca11.uscourts.gov
    Eleventh Circuit
    56 Forsyth Street, N.W.
    Atlanta, Georgia 30303

38. Judge Jill A. Pryor
    Federal Court of Appeal 11th Circuit Judge      jpryor@ca11.uscourts.gov
    US Courts of Appeals
    Eleventh Circuit
    56 Forsyth Street, N.W.
    Atlanta, Georgia 30303

39. Judge Andrew L. Brasher
    Federal Court of Appeal 11th Circuit Judge
    US Courts of Appeals                            abrasher@ca11.uscourts.gov
    Eleventh Circuit
    56 Forsyth Street, N.W.
    Atlanta, Georgia 30303

40. Robby Henrichs
    Braswell Bail Bonds                             ROBBY@LNIC.COM
    626 SE Monterey Rd                              ContactUs@braswellbailbonds.com
    Stuart, Fl 34994

41. Sheriff William D. Snyder
    800 SE Monterey Road
    Stuart, FL 34994

42. Beatris Barsuglia
    Criminal Deputy Clerk            bbarsgulia@martinclerk.com
    100 SE Ocean Blvd.
    Stuart, FL 34994

43. Blan Teagle
    Executive Director
    Judicial Qualifications Commission   bteagle@floridajqc.com
    PO Box 14106
    Tallahassee, FL 32317

44. Judge Donald M. Middlebrooks
    Federal Court Judge
    Paul G. Rogers Federal Building and U.S. Courthouse
    701 Clematis Street
    Room 257                          kimberly_abel@flsd.uscourts.gov
    West Palm Beach, Florida 33401

45. Angela Emilia Noble
    Federal Court Clerk               court-admin_flsd@flsd.uscourts.gov
    United States District Court, FLSD   noble@flsd.uscourts.gov
    Executive Office
    400 N Miami Ave
    Miami, FL 33128-1801

Respectfully Submitted
*Jam Malv* (signature)
James Malvezzi
4540 SW Scrub Pine Ter                December 13, 2024
Palm City Fl 34990
Ph. 302-521-4378
Email: acampeggi@gmail.com




# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

FOR DO
P

- Guar
- Guar
- USPS
  and r
- Pick
- Dom
  (restr
- Sign

* Money
select
See DM

** Insura
claims
http://p

+ Money

WHEN USE

USE

E

US POSTAGE IMI 9791412161 45241 2000392391
$32.00
SSK
PME
12/16/24 Mailed from 34990 026W2312154

**PRIORITY MAIL EXPRESS®**

JAMES MALVEZZI
4540 SW SCRUB PINE TER
PALM CITY FL 34990-1534

5.00 oz
RDC 07

WAIVER OF SIGNATURE REQUESTED

SCHEDULED DELIVERY DAY: 12/18/24 06:00 PM

SHIP TO:

ANGELA EMILIA NOBLE
FEDERAL COURT CLERK, U.S. DISTRICT
400 N. MIAMI AVENUE
MIAMI FL 33128

**USPS TRACKING® NUMBER**

9570 1066 4626 4353 6418 28

PAPER POUCH

UNITED STATES POSTAL SERVICE.

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. ... U.S. Postal Service; October 2023; All rights reserved.